# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICHAEL LINDSEY, | § | |
| | § | No. 411, 2018 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID Nos. N1708003578, |
| | § | N1708006225 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: March 27, 2019
Decided: April 9, 2019

Before **STRINE**; Chief Justice, **VAUGHN**, and **SEITZ**, Justices.

## <u>ORDER</u>

This 9th day of April, 2019, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned in its February 8, 2018 transcript ruling.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice